December 22, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

CEDRIC AUTHORLEE AND KENNETH PATTERSON, Appellants

NO. 14-11-00413-CV                     V.

METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Metropolitan Transit Authority of Harris County, signed April 29, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Metropolitan Transit Authority of Harris County, to pay all costs incurred in this appeal. We further order this decision certified below for observance.